| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE: STEVEN I. LOCKE                    DATE:  3/25/25
       U.S. MAGISTRATE JUDGE            TIME:  1:45 am

CASE: **CV 24-3390(GRB) Manigat v. Officer M. Maloney et al**
TYPE OF CONFERENCE:   TELE-STATUS            FTR: 1:47-2:11       :

APPEARANCES:
    For Plaintiff:   Alexandre Manigat (pro se via telephone)

    For Defendant: John Carnevale

**THE FOLLOWING RULINGS WERE MADE:**

☒    Other:   Oral argument held.  Plaintiff's motion to compel, DE [30], is denied without prejudice based on Defendants' representation, see DE [31], that responses were served.  Although service was late, there was no prejudice due to the delay.  Plaintiff's motion for leave to file a Second Amended Complaint, DE [38], is granted without opposition.  The Second Amended Complaint is DE [38-1].  Defense counsel agrees to accept service for the newly named Defendants.  Defendants will respond to the Second Amended Complaint (by Answer to motion) on April 18, 2025.  Plaintiff's motion for contempt, DE [37] and [39] are denied for the reasons set forth on the record.

    Defendants will take Plaintiff's deposition on or before May 29, 2025.  Next status phone conference:  June 16, 2025 at noon.  At this next conference Plaintiff will be prepared to advise whether he intends to take any depositions and of which witnesses.

    In the meantime, Defendants will re-serve the thumb drive containing body camera video and explain in writing how many videos there are.  Defendants are will also serve (or re-serve) a copy of all photos taken of Plaintiff at the precinct (in color).

    **Counsel for Defendant is directed to appear in person and make appropriate arrangements with the correctional facility for Plaintiff to appear.**

    Defendants will serve a copy this order on Plaintiff and file proof of service via ECF.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

      6/16/25 at 12:00 pm            : Status conference

**The Court's conference line is: 571-353-2301 and enter access code 606158721#.**
                                                           SO ORDERED

                                                     /s/Steven I. Locke
                                                   STEVEN I. LOCKE
                                                   United States Magistrate Judge